JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
BIANCA R. PUCCI
Assistant United States Attorney
Nevada Bar No. 16129
District of Nevada
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Bianca.Pucci@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSHUA AARON JAMES,<br><br>and<br><br>ZALTON BROOKS,<br><br>Defendants. | **CRIMINAL INDICTMENT**<br><br>Case No.: 2:23-cr-0150-JCM-EJY<br><br>**VIOLATIONS:**<br><br>18 U.S.C. §§ 922(a)(1)(A), 923(a) and 924(a)(1)(D) – Engaging in the Business of Dealing or Manufacturing Firearms Without a License<br><br>18 U.S.C. §§ 2, 922(a)(1)(A), 923(a) and 924(a)(1)(D) – Engaging in the Business of Dealing or Manufacturing Firearms Without a License (Aiding and Abetting)<br><br>18 U.S.C. § 933(a)(1) and (b) – Trafficking Firearms<br><br>18 U.S.C. §§ 2, 933(a)(1) and (b) – Trafficking Firearms (Aiding and Abetting)<br><br>18 U.S.C. §§ 922(g)(1) and 924(a)(8) Felon in Possession of a Firearm |

**THE GRAND JURY CHARGES THAT:**

## COUNT ONE
*Engaging in the Business of Dealing Firearms Without a License*
(18 U.S.C. §§ 922(a)(1)(A), 923(a) and 924(a)(1)(D))

On or about July 11, 2023, in the State and Federal District of Nevada,

**JOSHUA AARON JAMES,**

defendant herein, not being a licensed dealer, importer, and manufacturer of firearms within the meaning of Chapter 44, Title 18, United States Code, willfully engaged in the business of dealing in, importing, and manufacturing firearms, all in violation of Title 18, United States Code, Sections 922(a)(1)(A) and 924(a)(1)(D).

## COUNT TWO
*Engaging in the Business of Dealing Firearms Without a License*
(18 U.S.C. §§ 2, 922(a)(1)(A), 923(a) and 924(a)(1)(D))

On or about July 11, 2023, in the State and Federal District of Nevada,

**JOSHUA AARON JAMES, and
ZALTON BROOKS,**

defendants herein, aiding and abetting one another, not being a licensed dealer, importer, and manufacturer of firearms within the meaning of Chapter 44, Title 18, United States Code, willfully engaged in the business of dealing in, importing, and manufacturing firearms, and aided and abetted the same, all in violation of Title 18, United States Code, Sections 2, 922(a)(1)(A) and 924(a)(1)(D).

## COUNT THREE
*Trafficking Firearms*
(18 U.S.C. §§ 933(a)(1) and (b))

On or about July 11, 2023, in the State and Federal District of Nevada,

**JOSHUA AARON JAMES,**

defendant herein, knowingly transported, transferred, caused to be transported, and otherwise disposed of firearms to another person, in and affecting interstate and foreign

commerce, knowing and having reasonable cause to believe that the use, carrying, and possession of said firearms by the recipient would constitute a felony, as defined in 18 U.S.C. § 932(a), all in violation of Title 18, United States Code, Section 933.

## COUNT FOUR
*Trafficking Firearms*
(18 U.S.C. §§ 2, 933(a)(1) and (b))

On or about July 11, 2023, in the State and Federal District of Nevada,

**JOSHUA AARON JAMES, and
ZALTON BROOKS,**

defendants herein, aiding and abetting one another, knowingly transported, transferred, caused to be transported, and otherwise disposed of firearms to another person, in and affecting interstate and foreign commerce, knowing and having reasonable cause to believe that the use, carrying, and possession of said firearms by the recipient would constitute a felony, as defined in 18 U.S.C. § 932(a), and aided and abetted the same, all in violation of Title 18, United States Code, Sections 2 and 933.

## COUNT FIVE
*Felon in Possession of a Firearm*
(18 U.S.C. §§ 922(g)(1) and 924(a)(8))

On or about July 11, 2023, in the State and Federal District of Nevada,

**JOSHUA AARON JAMES,**

defendant herein, knowing he had previously been convicted of crimes punishable by imprisonment for a term exceeding one year, that is: *Attempted Grand Larceny*, on or about January 27, 2020, in the Eighth Judicial District Court of Nevada, under case number C-19-345016-2; knowingly possessed twenty-nine (29) firearms, that is:

- IZHMASH (IMEZ), RIFLE, MODEL: UNKNOWN, CAL: UNKNOWN, SN: 1056917
- PRIVATELY MANUFACTURED FIREARM, RIFLE, MODEL: UNKNOWN, CAL: ZZ, SN: NONE

- DPMS INC., RIFLE, MODEL: A15, CAL: 223, SN: 30297
- PRIVATELY MANUFACTURED FIREARM, RIFLE, MODEL: UNKNOWN TYPE, CAL: ZZ, SN: NONE
- ARMALITE, RIFLE, MODEL: M15A4, CAL: 556, SN: US41610
- ARGENTINA, RIFLE, MODEL: FM FAL, CAL: 762, SN: X01383
- ROMARM/CUGIR, RIFLE, MODEL: SAR-1, CAL: 762, SN: S1-06642-99
- ESSENTIAL ARMS INC, RIFLE, MODEL: J15, CAL: 223, SN: 042799
- ROMARM/CUGIR, RIFLE, MODEL: WASR-10, CAL: 762, SN: 1-32057-2002
- TAURUS, REVOLVER, MODEL: THE JUDGE, CAL: 45/410, SN: DS232110
- PROFESSIONAL ORDNANCE, PISTOL, MODEL: CARBON 15, CAL: 556, SN: B22107
- NORINCO, RIFLE, MODEL: AK47S, CAL: 762, SN: 84S-317975
- CZ (CESKA ZBROJOVKA), PISTOL, MODEL: UNKNOWN, CAL: 32, SN: 295132
- AUTO ORDNANCE, RIFLE, MODEL: THOMPSON 1927 A-1, CAL: 45, SN: KA3159
- L.A.R. MFG, RIFLE, MODEL: GRIZZLY BIG BOAR, CAL: 50 BMG, SN: X000638
- NORINCO, RIFLE, MODEL: AK47S, CAL: 762, SN: 9300042
- MAADI COMPANY, RIFLE, MODEL: MISR, CAL: 762, SN: CM09177
- CZ (CESKA ZBROJOVKA), PISTOL, MODEL: CZ52, CAL: 762, SN: F10410
- IZHMASH (IMEZ), RIFLE, MODEL: SAIGA, CAL: 762, SN: 993166
- CZ (CESKA ZBROJOVKA), PISTOL, MODEL: UNKNOWN, CAL: 32, SN: 399115
- HECKLER AND KOCH, RIFLE, MODEL: HK91, CAL: 308, SN: A051010
- AMERICAN DERRINGER CO, DERRINGER, MODEL: M-4 ALASKAN SURVIVAL, CAL: 45/410, SN: 112406
- HECKLER AND KOCH, TYPE: RIFLE, MODEL: HK91, CAL: 308, SN: A019010
- ROHM, TYPE: DERRINGER, MODEL: DOUBLE DERRINGER, CAL: 22, SN: 28960
- HARRINGTON AND RICHARDSON, PISTOL, MODEL: UNKNOWN, CAL: UNKNOWN, SN: 28371
- DSA INC., RIFLE, MODEL: SA58, CAL: 308, SN: DS11287

- MOSIN-NAGANT, RIFLE, MODEL: UNKNOWN TYPE, CAL: ZZ, SN: 9130-5249
- F.N. (FN HERSTAL), RIFLE, MODEL: UNKNOWN TYPE, CAL: ZZ, SN: 32654; and
- INGLIS, MK1 BOYS, RIFLE, CALIBER: .50, SN: 4T9299;

said possession being in and affecting commerce and said firearms having been shipped and transported in interstate and foreign commerce, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT SIX
*Felon in Possession of a Firearm*
(18 U.S.C. §§ 922(g)(1) and 924(a)(8))

On or about July 11, 2023, in the State and Federal District of Nevada,

**ZALTON BROOKS,**

defendant herein, knowing he had previously been convicted of crimes punishable by imprisonment for a term exceeding one year, that is: *Financial Transaction Card Fraud* and *Forgery*, on or about June 24, 1994, in the Clayton County Superior Court of Georgia; and *Financial Transaction Card Theft*, on or about June 21, 1994, in the Clayton County Superior Court of Georgia; and *Theft by Receiving Stolen Property*, on or about April, 24, 1998, in the Laurens County Superior Court of Georgia; and *Habitual Violator*, on or about September 14, 1998, in the Houston County Superior Court of Georgia; and *Willful Obstruction of Law Enforcement Officers by Use of Threats of Violence* and *Habitual Violator*, on or about January 30, 2001, in the Houston County Superior Court of Georgia; and *Contempt of Court*, on or about August 21, 2003, in the Houston County Superior Court of Georgia; and *Terroristic Threats and Acts*, on or about April 23, 2009, in Houston County Superior Court of Georgia; and *Habitual Violator*, on or about June 27, 2013, in the Houston County Superior Court of Georgia; knowingly possessed a firearm, that is: INGLIS, MK1 BOYS, RIFLE, CALIBER:

5

.50, BEARING SERIAL NUMBER 4T9299; said possession being in and affecting commerce and said firearms having been shipped and transported in interstate and foreign commerce, all in violation of Title 18, United States Code, Sections §§ 922(g)(1) and 924(a)(2).

DATED: this 16th day of August, 2023.

A TRUE BILL:

/S/
FOREPERSON OF THE GRAND JURY

JASON M. FRIERSON
United States Attorney

BIANCA R. PUCCI
Assistant United States Attorney